# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Alberta Bell, Monica Branson, Tevita Gaines, Itzel Gonzalez, Marcia Mackall

22-1280 C

Location of Plaintiff(s)/Petitioner(s) (city/state): Washington, D.C., Glenn Dale, Maryland, Syracuse, New York, Ft. Washginton, Maryland, Randallstown, Maryland
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Jacob Y, Statman
Firm Name: Snider & Associates, LLC

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 600 Reisterstown Road; 7th Floor
City-State-ZIP: Baltimore, Maryland 21208
Telephone Number: 410-653-9060
E-mail Address: jstatman@sniderlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ✔ Yes  ☐ No

---

Nature of Suit Code: 304
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: HHS
Number of Claims Involved: 2

Amount Claimed: $ TBD
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
- Is plaintiff a small business? ☐ Yes ☐ No
- Was this action proceeded by the filing of a protest before the GAO? ☐ Yes ☐ No   Solicitation No. _____
- If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims?  ☐ Yes ✔ No  If yes, you are required to file a separate notice of directly related case(s). See RCRC 40.2.

182