**Consent to Become a Named Party Plaintiff**

I, __Alberta Bell_____, being a past or present HHS employee who was previously detailed to HHS's Office of Refugee Resettlement ("ORR") Unaccompanied Children ("UC") Program, authorize the filing of a lawsuit with my name, and on my behalf, as well as on the behalf of similarly situated employees, to recover unpaid wages, interest, attorney's fees, and any other relief deemed necessary and proper by the court pursuant to applicable law, rule, or regulation.

_[signature]_  8-29-2022
SignatureDate

 219 Rittenhouse Street NW Washington, DC 20011
Address, City, State, Zip

 5-10-2021-5-10-2022
Approximate Dates of Detail

## Consent to Become a Named Party Plaintiff

I, Monica Branson, being a past or present HHS employee who was previously detailed to HHS's Office of Refugee Resettlement ("ORR") Unaccompanied Children ("UC") Program, authorize the filing of a lawsuit with my name, and on my behalf, as well as on the behalf of similarly situated employees, to recover unpaid wages, interest, attorney's fees, and any other relief deemed necessary and proper by the court pursuant to applicable law, rule, or regulation.

_____     08/26/22
Signature                                              Date

10105 Glenndale Oaks Way
Glenn Dale, MD, 20769
Address, City, State, Zip

May 10th, 2021 — September 09, 2021
Approximate Dates of Detail

Consent to Become a Named Party Plaintiff

I, *Senita Gaines*, being a past or present HHS employee who was previously detailed to HHS's Office of Refugee Resettlement ("ORR") Unaccompanied Children ("UC") Program, authorize the filing of a lawsuit with my name, and on my behalf, as well as on the behalf of similarly situated employees, to recover unpaid wages, interest, attorney's fees, and any other relief deemed necessary and proper by the court pursuant to applicable law, rule, or regulation.

_Senita Gaines_    9/8/2022
Signature          Date

139 Valley View Drive Syracuse, N.Y. 13207
Address, City, State, Zip

Nov 9 2021 - January 6, 2022
Approximate Dates of Detail

## Consent to Become a Named Party Plaintiff

I, **Itzel González**, being a past or present HHS employee who was previously detailed to HHS's Office of Refugee Resettlement ("ORR") Unaccompanied Children ("UC") Program, authorize the filing of a lawsuit with my name, and on my behalf, as well as on the behalf of similarly situated employees, to recover unpaid wages, interest, attorney's fees, and any other relief deemed necessary and proper by the court pursuant to applicable law, rule, or regulation.

_Itzel González_  9/7/2022
Signature               Date

10104 Rolling Green Way
Ft. Washington, MD 20744
Address, City, State, Zip

April - June 2021 + August 2021 - June 2022
Approximate Dates of Detail

## Consent to Become a Named Party Plaintiff

I, __Marcia Mackall__ being a past or present HHS employee who was previously detailed to HHS's Office of Refugee Resettlement ("ORR") Unaccompanied Children ("UC") Program, authorize the filing of a lawsuit with my name, and on my behalf, as well as on the behalf of similarly situated employees, to recover unpaid wages, interest, attorney's fees, and any other relief deemed necessary and proper by the court pursuant to applicable law, rule, or regulation.

__Marcia Mackall__  __9/9/2022__
Signature                Date

__3929 Carthage Road, Randallstown MD 21133__
Address, City, State, Zip

__4/2/2021 - 7/2/2021  8/11/2021-10/29/2021 / 12/8/21 - 8/5/2022__
Approximate Dates of Detail